**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 105 EAL 2014
: 
               Respondent : 
    : Petition for Allowance of Appeal from the
    : Order of the Superior Court
         v. : 
: 
: 
: 
KELLY GIBSON, : 
: 
               Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is

**DENIED**.